IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:05-cr-110-F |
| | ) | (WO) |
| FREDRICK TYRONE DAVIS | ) | |

# **O R D E R**

On June 30, 2005, defendant filed a Motion for Continuance (Doc. #36). While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is, of course, limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. §3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

The motion states that the defendant's motion to suppress was originally set for a hearing on June 16, 2005 before the magistrate judge assigned to this case. The motion hearing has been continued until August 17, 2005 so that defendant may subpoena a witness. It will be necessary for the case to be continued from the August 1, 2005 trial term in order

for the motion to suppress to be resolved. Consequently, the court concludes that a continuance of this case is warranted and that the ends of justice served by continuing this case outweighs the best interest of the public and the defendant in a speedy trial. See <u>United States v. Davenport</u>, 935 F.2d 1223, 1235 (11th Cir. 1991)(reasonable time necessary for effective preparation is a significant factor for granting a continuance under the Speedy Trial Act).

Accordingly, it is hereby ORDERED:

1. That the defendant's motion filed on June 30, 2005 is GRANTED;

2. That the trial of this defendant is continued from the August 1, 2005 trial term to the November 7, 2005 trial term.

3. That the Magistrate Judge conduct a pretrial conference prior to the November 7, 2005 trial term.

DONE this 6th day of July, 2005.

                                                /s/ Mark E. Fuller  
                                       CHIEF UNITED STATES DISTRICT JUDGE