IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr110-F |
| | ) | WO |
| FREDRICK TYRONE DAVIS | ) | |

## **ORDER**

For good cause, it is

ORDERED that the Recommendation of the undersigned filed on October 14, 2005, is hereby CORRECTED to reflect in paragraph 8 that DeJohn and Williams, rather than DeJohn and Little, placed Davis under arrest.

DONE, this 17th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE