IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:05-cr-110-F |
| | ) |
| FREDRICK TYRONE DAVIS | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The defendant's Objection (Doc. #48) to the Recommendation of the Magistrate Judge filed on October 18, 2005 is OVERRULED;

(2)  The Recommendation of the Magistrate Judge (Doc. #45) entered on October 14, 2005 is ADOPTED;

(3)  The defendant's Motion to Suppress (Doc. #21) is DENIED.

(4)  The defendant's Motion for Leave to File Motion Outside of Time (Doc. #41) is GRANTED, and defendant's Motion to Admit CD with Audio Recording and Offer of Proof (Doc. #40) is DENIED.

DONE this 25th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE