IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05cr110-F |
| | ) | WO |
| FREDERICK TYRONE DAVIS | ) | |

**ORDER ON MOTION**

Upon consideration of defendant's motion to change conditions of pretrial release (Doc. # 63) filed November 30, 2005, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  Defendant's conditions of release are AMENDED to remove the requirement of electronic monitoring.  All other conditions of release continue to apply.

The Clerk of Court is DIRECTED to serve this order on the pretrial services officer, who shall remove the electronic monitoring device as his work schedule permits.

DONE, this 1st day of December, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE