✎AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| **FREDRICK TYRONE DAVIS** | ) Case No:   2:05CR110-MEF-01 |
| | ) USM No:   11665-002 |
| Date of Previous Judgment:   December 8, 2006 | ) Paul R. Cooper |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of   X the defendant   ☐ the Director of the Bureau of Prisons   ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   ☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   **64+48**   months **is reduced to**   **51+48**   .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level:   23                           Amended Offense Level:   21
Criminal History Category:   III                       Criminal History Category:   III
Previous Guideline Range:   57   to   71   months      Amended Guideline Range:   46   to   57   months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
X The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
X Other (explain):   In an amended judgment (12/8/2006), the sentence imposed in Ct. 5 (18 USC 924c) was reduced from 60 months to 48 months. This term of sentence consists of 51 months on Counts 2, 3 and 4 and 48 months on Count 5, to run consecutively with the other Counts.

## III. ADDITIONAL COMMENTS

**The Court has considered the factors set for in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.**

Except as provided above, all provisions of the judgment dated   12/8/2006   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   28 July 2009

Effective Date:   _____
(if different from order date)

Judge's signature
MARK E. FULLER
CHIEF UNITED STATES DISTRICT JUDGE
Printed name and title